IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN ROBERT CERNIGLIA,

        Petitioner,                  No. CIV S-06-2551 DFL EFB P

   vs.

STEVEN MAYBERG, et al.,

        Respondents.           ORDER

                              /

       Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a). Petitioner challenges the conditions of his confinement at Coalinga State Hospital in Fresno County. The action arises out of acts or occurrences in Fresno County, which is located in the Fresno portion of this court's intra-district venue provisions. For that reasons, this action should have been commenced in the district court in Fresno. Local Rule 3-120(d).

       Accordingly, it is hereby ordered that:

       1. This action is transferred to the district court in Fresno. *See* Local Rule 3-120(f).

       2. The Clerk of Court shall assign a new case number;

/////

/////

3. The new case number shall be used on all future filings, and such filings shall filed at:

   United States District Court
   Eastern District of California
   2500 Tulare Street,
   Fresno, CA  93721

Dated:  December 7, 2006.

              _____
              EDMUND F. BRENNAN
              UNITED STATES MAGISTRATE JUDGE